UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Damara Redden, <br><br> Plaintiff, <br> v. <br><br> Valentine & Kebartas, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:19-cv-00827-YK |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 10, 2019

Respectfully submitted,

PLAINTIFF, Damara Redden

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
**LEMBERG LAW, L.L.C.**
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 10, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Jody B. Burton_____

                Jody B. Burton