# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMARA REDDEN,** | : | |
|     **Plaintiff** | : | **No. 1:19-cv-00827** |
| | : | |
|     v. | : | **(Judge Kane)** |
| | : | |
| **VALENTINE & KERBARTAS, INC., and** | : | |
| **DOES 1-10,** | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 18th day of June 2019, upon notification from counsel that the parties have reached settlement in this matter (Doc. No. 5), **IT IS ORDERED THAT** the above-captioned action is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated. The Clerk of Court is directed to **CLOSE** this case.

                                                    s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania